[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14585
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 7, 2012
JOHN LEY
CLERK

D.C. Docket No. 8:10-cv-02602-VMC-TBM

THE OHIO CASUALTY INSURANCE COMPANY,

Plaintiff -
Counter Defendant -
Appellee,

versus

GARDEN OF EAT'N OF TAMPA, INC.,

Defendant,

SHERRI GAFFORD,

Defendant -
Counter Claimant -
Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 7, 2012)

Before TJOFLAT, EDMONDSON, and FAY, Circuit Judges.

PER CURIAM:

The judgment entered in favor of The Ohio Casualty Insurance Company is affirmed for the reasons set forth in the ORDER of the district court dated September 2, 2011.

**AFFIRMED.**